LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.
JOY STEPHENSON-LAWS, ESQ.     (SBN 113755)
BARRY SULLIVAN, ESQ.          (SBN 136571)
RICHARD A. LOVICH, ESQ.       (SBN 113472)
KARLENE ROGERS-ABERMAN, ESQ.  (SBN 23788)
HAERA MANOUKIAN, ESQ.         (SBN 309886)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone:  (818) 559-4477
Facsimile:  (818) 559-5484

Attorneys for Plaintiff
STANFORD HEALTH CARE, a California corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HEALTH CARE, a California non-profit public benefit corporation<br><br>Plaintiff,<br><br>vs.<br><br>HCC MEDICAL INSURANCE SERVICES, LLC, a Wisconsin for profit limited liability corporation and DOES 1-25, INCLUSIVE<br><br>Defendant | Case No.: 5:17-cv-06960-BFL<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>**[F.R.C.P. 41(a)(1)(A)(ii)]**<br><br>Judge: Hon. Beth L. Freeman |

///

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    IT IS HEREBY STIPULATED by and between Plaintiff STANFORD HEALTH CARE, a California non-profit public benefit corporation, and Defendant HCC MEDICAL INSURANCE SERVICES, LLC, a Wisconsin for profit limited liability corporation, through their respective attorneys of record herein, that the above-captioned action be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees incurred in the action.

DATED: August 29, 2018

        STEPHENSON, ACQUISTO & COLMAN, INC.

        /s/ *Haera Manoukian*
        ―――――――――――――――
        HAERA MANOUKIAN
        Attorneys for
        STANFORD HEALTH CARE

DATED: August 29, 2018

        HINSHAW & CULBERTSON LLP

        /s/ *Travis Wall*
        ―――――――――――――――
        TRAVIS WALL
        Attorneys for
        HCC MEDICAL INSURANCE SERVICES, LLC

# **ATTESTATION**

1. I, Haera Manoukian, am the Electronic Case Filing system user whose credentials are being utilized in the electronic filing of this STIPULATION OF DISMISSAL AND [PROPOSED] ORDER.

2. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories concur in this filing.

STEPHENSON, ACQUISTO & COLMAN, INC.

/s/ *Haera Manoukian*

HAERA MANOUKIAN

# **[PROPOSED]** ORDER

Pursuant to a stipulation of the parties, IT IS HEREBY ORDERED that:

1. Pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above captioned action is hereby dismissed in its entirety with prejudice, with each party to bear its own costs, attorney fees and expenses.

Date: _____   _____
HON. BETH L. FREEMAN
U.S. District Court Judge of the United States District Court for the Northern District of California